UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JARED SAMUELS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | SA-19-CA-1025-JKP (HJB) |
| | § | |
| BIRD RIDES, INC., | § | |
| | § | |
| Defendant. | § | |

### ORDER

Before the Court is the parties' Joint Motion for Leave to Appear Telephonically (Docket Entry 12) at the Scheduling Conference. The Court finds that the parties' motion (Docket Entry 12) is hereby **GRANTED** and all counsel may appear telephonically at the Scheduling Conference presently scheduled for **October 22, 2019**.[1]

At the designated start time of the conference (**3:00 P.M. Central Time**), counsel is directed to dial: **888-363-4734**, and when prompted to do so, enter **Access Code 1223006** (and press #).

It is so **ORDERED**.

**SIGNED** on October 18, 2019.

Henry J. Bemporad
United States Magistrate Judge

---

[1] If applicable, Plaintiff's leave to appear telephonically will automatically be extended to any new date if this conference is rescheduled.